IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

V.

ERIC MARTIN HAMILTON,

Defendant.

Case No. 3:98-cr-00575-AN-1

RELEASE ORDER

The supervised release violation having been withdrawn against this defendant at the request of the Government and with the consent of the defense counsel, the Court orders early termination of his term, effective immediately, IT IS ORDERED that the defendant be immediately released from custody. A final order or judgment is forthcoming.

DATED this 14th day of October, 2026.

[JUDGE'S SIGNATURE]

ADRIENNE NELSON,
UNITED STATES DISTRICT JUDGE